# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JONATHAN KING and TYRECE EDWARDS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 16-4142-DDC ) |
| THE RIB CRIB BBQ, INC., | ) ) |
| Defendant. | ) |

## ORDER

This matter comes before the court upon Larry G. Michel's Motion to Withdraw as Counsel for Tyrece Edwards (ECF No. 56). For the following reasons, this motion is granted.

## I.

Mr. Michel represents the two plaintiffs in this employment discrimination case. He seeks to withdraw from the representation of Mr. Edwards. He contends that he must withdraw under Rule 1.16 of the Model Rules of Professional Conduct. He further alleges that he cannot elaborate on the reasons without violating Rule 1.6 of the Model Rules. He has provided notice to Mr. Edwards. In response, Mr. Edwards asks the court to deny Mr. Michel's motion. He asserts that "all parties can reach a resolution to any conflicts that may have caused counsel to enter this motion." He argues that he will suffer adverse consequences if this motion is granted. He contends that he will not have enough time to acquire new counsel prior to mediation and dispositive motions.

Following the filing of the motion, the court conducted an *ex parte* hearing with Mr. Michel. The court also received some additional e-mails from Mr. Edwards.

## II.

D. Kan. Rule 83.5.5(a) states that an attorney seeking to withdraw whose client will be left without counsel must file a motion that sets forth the reasons for withdrawal, provide evidence that notice was given to the client about certain case-related information, and serve the motion on the client and all other parties. The present motion, coupled with the statements of counsel, and the separately-filed Proof of Service substantially satisfy the D. Kan. Rule 83.5.5(a) requirements. Accordingly, the motion to withdraw is granted.

Mr. Edwards is put on notice that he is no longer represented by an attorney in this matter and is personally responsible for his case. In addition, Mr. Edwards must comply with all Rules of Civil Procedure. Particularly, D. Kan. Rule 5.1(d) requires a *pro se* party to notify the clerk of the court in writing of his address and telephone number and any changes thereafter. If Mr. Edwards wishes to register and have access to the court's Electronic Filing System, he must follow the instructions provided by the local rules and on the district's website (http://www.ksd.uscourts.gov/).

A copy of this order will be mailed to Mr. Edwards by certified mail at the residential address provided in the motion to withdraw.

Accordingly,

**IT IS THEREFORE ORDERED** that Larry G. Michel's Motion to Withdraw as Counsel for Tyrece Edwards (ECF No. 56) is granted.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2017, at Topeka, Kansas.

> s/ K. Gary Sebelius
> K. Gary Sebelius
> U.S. Magistrate Judge